IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mark Lee Padgett, Jr., :
:
      Plaintiff(s), :
: Case Number: 1:21cv12
vs. :
: Judge Susan J. Dlott
Commonwealth of Kentucky, et al., :
:
      Defendant(s). :

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . plaintiff's complaint is DISMISSED with prejudice as frivolous under 28 U.S.C. §1915(e)(2)(B) for failure to state any claim. Based upon the lack of any arguable basis for appeal either in law or in fact, it is ORDERED that no appeal will be taken in good faith. *See* 28 U.S.C. §1915(a)(3); *Neitzke,* 490 U.S. at 325.

2/8/21                                                             Richard Nagel, CLERK

                                                                                          S/William Miller
                                                                                           Deputy Clerk